269 U.S. 566
 46 S.Ct. 24
 70 L.Ed. 415
 The FISHERIES PRODUCTS COMPANY et al., Receivers of The Fisheries Products Company, petitioners,
v.
ABRAHAM S. SEE & DEPEW, Inc.*
 No. 644.
 Supreme Court of the United States
 October 19, 1925
 
 Mr. T. D. Warren, of Newbern, N. C., for petitioners.
 
 
 1
 Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.
 
 
 
 *
 No opinion filed below on order sought to be reviewed, but see 5 F.(2d) 1011, and 9 F.(2d) 235, for other phases of same litigation.